# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00531-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE<br><br>(ECF No. 2.)<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Kyle Petersen ("Plaintiff") is a county detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 19, 2018, Plaintiff filed a motion to proceed in forma pauperis. (ECF No. 2.) The application was incomplete. In response to question 3, Plaintiff reported that over the last twelve months he has received money from "other sources," but he failed to describe the source of the money, the amount received, and if he expected to receive additional amounts. (Id.)

Accordingly, IT IS HEREBY ORDERED that:

1. Within **forty-five days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

1

2. No extension of time will be granted without a showing of good cause; and

3. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated: **April 23, 2018**         /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE