# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00531-BAM (PC)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br>(ECF No. 7)<br><br>ORDER GRANTING MOTION FOR COURT TO NOTIFY FRESNO COUNTY JAIL OF PLAINTIFF'S *PRO SE* STATUS<br>(ECF No. 6)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FRESNO COUNTY JAIL |

      Plaintiff Kyle Petersen ("Plaintiff") is a county jail inmate appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on April 19, 2018. That same day, Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) On April 23, 2018, the Court denied Plaintiff's motion without prejudice because the application was incomplete. (ECF No. 4.) Plaintiff filed a renewed motion to proceed *in forma pauperis* on May 1, 2018, (ECF No. 7), together with a motion for the Court to notify the Fresno County Jail of Plaintiff's *pro se* status, (ECF No. 6).

      Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments

1

in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Fresno County Jail is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 7) is GRANTED;

2. Plaintiff's motion for the Court to notify the Fresno County Jail of Plaintiff's *pro se* status, (ECF No. 6), is GRANTED, by way of this order;

**3. The Sheriff of Fresno County Jail or her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

4. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Sheriff of the Fresno County Jail, via the Court's electronic case filing system (CM/ECF); and

5. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **May 3, 2018**          /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE