# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00531-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER REQUESTING INFORMAL RESPONSE<br><br>(ECF No. 13) |

Plaintiff Kyle Petersen ("Plaintiff") is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's complaint has not yet been screened.

Currently before the Court is Plaintiff's motion for a Court order requesting an informal response, filed June 14, 2018. (ECF No. 13.) Plaintiff appears to be requesting that the Court issue, to Plaintiff, an order to show cause or a request for an informal response. Plaintiff argues that the issues alleged in his complaint are ongoing, and he would therefore like access to the legal research kiosk at the Fresno County jail in order to file additional grievances that cite to court decisions, statutes, and/or government codes. Plaintiff states that he cannot gain access to the legal research kiosk without an order to show cause or a request for an informal response. (Id.)

///

To the extent Plaintiff requests the Court to issue an order requiring Plaintiff to file an informal response in this action, the Court declines to do so. As noted in the Court's findings and recommendations recommending denial of Plaintiff's motion for preliminary injunctive relief, there are no pending deadlines or motions in this action that require a response from Plaintiff.

To the extent Plaintiff again seeks relief related to his access to the legal research kiosk at the Fresno County Jail, the Court has already addressed those arguments in the same findings and recommendations, which were adopted by the assigned District Judge on June 5, 2018. Plaintiff has not alleged any change in circumstances such that reconsideration of that order is warranted.

Accordingly, Plaintiff's motion for court order requesting informal response, (ECF No. 13), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **June 18, 2018** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE